IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 1:08cr10-SPM/AK

WILLIAM ERICKSON
_____/

## ORDER TO UNSEAL SEARCH WARRANT
## FOR WILLISTON ROAD PROPERTY

Upon consideration, Defendant Erickson's unopposed Motion to Unseal Search Warrant for Williston Road Property (doc. 95) is granted. The clerk shall unseal the search warrant and accompanying affidavit.

SO ORDERED this 4th day of August, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge