IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                                          CASE NO.: 1:08cr10-SPM

WILLIAM J. ERICKSON,

     Defendant.
_____/

## ORDER CONTINUING SUPPRESSION HEARING

Upon consideration, the stipulated motion to continue (doc. 165) is granted. The hearing on Defendant's motion to suppress is reset for 1:30 p.m. on Friday, January 16, 2009, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 7th day of January, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge