IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr10-SPM/AK

WILLIAM ERICKSON,

    Defendant.
_____/

**ORDER TO UNSEAL**
**SEARCH WARRANT FOR DEFENDANT'S CELL**

Upon consideration, Defendant Erickson's unopposed motion (doc. 172) is granted. The search warrant for the search of defendant's cell at the Alachua County Detention Center shall be turned over in the discovery process.

SO ORDERED this 22nd day of January, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge