IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

    **Plaintiff**

vs.              Case No. 1:08cr10-SPM/AK

WILLIAM J. ERICKSON

    **Defendant**

_____/

### PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE CAME ON before the Court on the motion of the United States of America for a Preliminary Order Of Forfeiture. Being fully advised in the premises, the Court finds:

1. On August 26, 2008, a Federal Grand Jury sitting in the Northern District of Florida issued a Superseding Indictment against the defendant, charging him with various violations of Titles 18 and 21, United States Code.

2. The Indictment included a Forfeiture Count, pursuant to 21 U.S.C. § 853.

3. The United States seeks forfeiture of:

**A.  Real property, including all improvements thereon and appurtenances thereto, located at 12991 NE 100th Street, Archer, Levy County, Florida, more particularly described in Exhibit A.**

**B.  Real property, including all improvements thereon and appurtenances thereto, located at 19931 SW 187th Avenue, Archer, Alachua County, Florida, more particularly described in Exhibit B.**

**C.  Real property, including all improvements thereon and appurtenances thereto, located at 20120 SW 191st Avenue, Archer, Alachua County, Florida,**

>    more particularly described in Exhibit C.
>
>    D.  Bank of America Account Number:  003440310001
>
>    E.  Approximately $375,000.00 in U.S. Currency
>
>    F.  1963 Mooney Airplane M20C, SN:  2474, Registration:  N6750U
>
>    G.  1997 GMC Truck, VIN:  1GTEC14W3VZ501212
>
>    H.  2000 Utility Trailer, VIN:  1WF200E18Y1089798
>
>    I.  1997 Ford F-150 4X4, VIN:  1FTDF18W7VKD52387
>
>    J.  2001 Vehicle Trailer, VIN:  542
>
>    K.  2001 Better Built Trailer, VIN:  4MNDB182211001893
>
>    L.  2007 John Deere Model 790, VIN:  LV0700G992239

4.      The United States is entitled to possession of the above-described property pursuant to 18 U.S.C. § 924 and 21 U.S.C. § 853;

5.      On June 5, 2009, a jury returned a verdict finding defendant guilty and on the same day, a jury returned a special verdict finding the property listed above as forfeitable to the United States of America.

It is hereby

ORDERED, ADJUDGED and DECREED that based on the foregoing, the defendants' interest the following property is hereby forfeited to the United States pursuant to the provisions of 21 U.S.C. § 853:

>    A.  **Real property, including all improvements thereon and appurtenances thereto, located at 12991 NE 100th Street, Archer, Levy County, Florida, more particularly described in Exhibit A.**
>
>    B.  **Real property, including all improvements thereon and appurtenances**

**thereto, located at 19931 SW 187th Avenue, Archer, Alachua County, Florida, more particularly described in Exhibit B.**

**C.  Real property, including all improvements thereon and appurtenances thereto, located at 20120 SW 191st Avenue, Archer, Alachua County, Florida, more particularly described in Exhibit C.**

**D.  Bank of America Account Number:  003440310001**

**E.  Approximately $375,000.00 in U.S. Currency**

**F.  1963 Mooney Airplane M20C, SN:  2474, Registration:  N6750U**

**G.  1997 GMC Truck, VIN:  1GTEC14W3VZ501212**

**H.  2000 Utility Trailer, VIN:  1WF200E18Y1089798**

**I.  1997 Ford F-150 4X4, VIN:  1FTDF18W7VKD52387**

**J.  2001 Vehicle Trailer, VIN:  542**

**K.  2001 Better Built Trailer, VIN:  4MNDB182211001893**

**L.  2007 John Deere Model 790, VIN:  LV0700G992239**

It is further

ORDERED, ADJUDGED and DECREED that in accordance with the law, the United States shall cause to be published at least once notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendants, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice, or within sixty (60) days of the first date of publication on an official Internet government forfeiture site, or receipt of actual notice, whichever is earlier. The United States shall:

    1.    State in the notice that the petition shall be for a hearing to adjudicate the validity of

the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

2. To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified. It is further

ORDERED, ADJUDGED and DECREED that upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

DONE AND ORDERED this 30th day of June, 2009.

 _s/ Stephan P. Mickle_
STEPHAN P. MICKLE
Chief United States District Judge

## **EXHIBIT A**

The East 1/2 of the SE 1/4 of Section 36, Township 11 South, Range 17 East, located in Levy County, Florida.  Parcel ID Number: 03265-000-00

## **EXHIBIT B**

The North One-Half (N ½) of Lot Thirty-Two (32) of Holiday Farms, Section 31, Township 11 South, Range 18 East, Alachua County, Florida, a Subdivision as per Plat recorded in Plat Book "I", Page 53 of the Public Records of Alachua County, Florida.

**EXHIBIT C**

The South ½ of Lot 32 of Holiday Farms, a Subdivision as per Plat thereof recorded in Plat Book "I", Page 53 of the Public Records of Alachua County, Florida.