IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr10-SPM

WILLIAM J. ERICKSON,

      Defendant.
_____/

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND
APPOINTING COUNSEL FOR APPEAL**

This cause comes before the court on Defendant William J. Erickson's motion to proceed on appeal in forma pauperis (doc. 414). Defendant is indigent and entitled to appointment of counsel under the Criminal Justice Act. Accordingly, it is

ORDERED AND ADJUDGED:

1. Defendant's motion to proceed in forma pauperis on appeal (doc. 414) is granted.

2. Attorney Stephen N. Bernstein is appointed to represent Defendant on appeal.

DONE AND ORDERED this 14th day of September, 2009.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                Chief United States District Judge