IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                              Case Nos.:    1:08cr10/RV/GRJ
                                                              1:12cv8/RV/GRJ
WILLIAM J. ERICKSON
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 8, 2014.  (Doc. 731).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.  (Doc. 735).

      Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.     Defendant's motion to vacate, set aside, or correct sentence (doc. 665) is **DENIED**.

      3.     A certificate of appealability is **DENIED**.

      **DONE AND ORDERED** this 11th day of March, 2015.


                         /s/ *Roger Vinson*
                         **ROGER VINSON**
                         **SENIOR UNITED STATES DISTRICT JUDGE**